

# NUMBER 13-22-00053-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE STEPHEN P. CARRIGAN

### On Petition for Writ of Prohibition.

## ORDER

**Before Justices Hinojosa, Tijerina, and Silva**
**Order Per Curiam**

On February 9, 2022, relator Stephen P. Carrigan filed (1) a petition for writ of prohibition asserting that the trial court erred by exercising jurisdiction over the underlying case, and (2) a motion for emergency stay seeking temporary relief to stay the trial court proceedings pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that it should be granted. Accordingly, we order all trial court proceedings

to be stayed pending further order of this Court or until this case is finally decided. *See*
TEX. R. APP. P. 52.10(b).

The Court requests that the real parties in interest, the Commission for Lawyer Discipline, Sharon Kaufman, and Carrigan & Anderson PLLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of prohibition on or before the expiration of ten (10) days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
10th day of February, 2022.